September 25, 1967.

M. P. No. 133. Vincent Pope, Jr. v. Harold V. Langlois. "Motion for Dismissal", treated as a petition for writ of habeas corpus, denied and petition, with other pleadings and papers, remanded to Superior Court with direction to hear and determine evidentiary facts on question of whether petitioner's right to a speedy trial was denied. *Vincent Pope,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 180. Louis M. Grieco v. Harold V. Langlois, *Warden.* Motion of petitioner for leave to file petition for writ of habeas corpus granted. Motion for admission to bail denied without prejudice to petitioner's right to prosecute motion in Superior Court. *Gerald G. Norigian, Gerald J. Pouliot,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 182. Manuel A. Penna v. Harold V. Langlois, *Warden.* Motion of petitioner for leave to file petition for writ of habeas corpus denied. *Adelson & Chernick, Melvin A. Chernick,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 218. Abram Gordon v. Associate Justice James Bulman and the Superior Court, etc. Entitlement amended to read Abram Gordon v. Mar-Bet Realty Corp. Motion of petitioner for writ of certiorari granted. *Marvin A. Brill,* for petitioner. *John D. Lynch,* for respondent.

M. P. Nos. 233, 234. The Savings Bank of Newport v. Raymond H. Hawksley, *et al.* (Re: Providence Institution for Savings). The Savings Bank of Newport v. Raymond H. Hawksley, *et al.* (Re: The Old Stone Trust Company). Motion of petitioner for writ of certiorari granted without prejudice to right of defendants at the time of hearing to argue *first,* the question of whether the writ was improvidently issued and *second,*